UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

CASE NO.: 4:23-cv-00028-P

CAMERON GRIST,

       Plaintiff,

vs.

BURNETT'S STAFFING, INC. and
FIRST AMERICAN PAYMENT SYSTEMS, L.P.,

       Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, BURNETT'S STAFFING, INC. ONLY

     Plaintiff, CAMERON GRIST, and Defendant, BURNETT'S STAFFING, INC., pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees. This Stipulation is based upon a Settlement Agreement and the parties request the Court to retain jurisdiction solely for purposes of enforcement.

     On February 13, 2023.

| | |
|---|---|
| GRAY REED & MCGRAW LLP | LAW OFFICES OF LEVY & LEVY, P.A. |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| 4600 Thanksgiving Tower | 325 N. Saint Paul Street, Suite 3100 |
| 1601 Elm Street | Dallas, Texas 75201 |
| Dallas, Texas 75201 | Telephone: (954) 763-5722 |
| Telephone: (214) 954-4135 | Facsimile: (954) 763-5723 |
| Facsimile: (214) 953-1332 | |
| | */s/Chad Levy, Esq.* |
| */s/ Michael C. Kelsheimer, Esq.* | Chad Levy, Esq. |
| Michael C. Kelsheimer, Esq. | Texas Bar No. 24117779 |
| Texas Bar No. 24029360 | chad@levylevylaw.com |
| mkelsheimer@graygreed.com | |